IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EIMAN KHAMISSI, Pro Se, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | 2:15-CV-129 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner, | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Social Security Administration denying plaintiff's application for supplemental security income under section 1614(a)(3)(A) of the Social Security Act. The United States Magistrate Judge entered a Report and Recommendation on September 1, 2016, recommending therein that the decision of the Commissioner be affirmed. No objections have been filed of record as of this date.

The undersigned has made an independent examination of the record in this case. The Report and Recommendation is hereby ADOPTED, and the administrative decision of the Commissioner is AFFIRMED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

Signed this _____ /9ᵗ day of September, 2016.

_____
MARY LOU ROBINSON
United States District Judge